```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10932
   ANDRE D DONALDSON
   CHRISTINE J DONALDSON                     CHAPTER 13

                                             JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-5608    SSN XXX-XX-2080

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/01/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  39.00%.

     The case was dismissed after confirmation 06/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CODILIS & ASSOCIATES ^     NOTICE ONLY   NOT FILED              .00            .00
GMAC MORTGAGE              CURRENT MORTG  21510.00              .00       21510.00
GMAC MORTGAGE              MORTGAGE ARRE  19512.15              .00        2401.33
WELLS FARGO AUTO FINANCE   SECURED VEHIC  17250.00          1623.57        4736.67
ALLIED INTERSTATE          UNSECURED     NOT FILED              .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED        344.39              .00            .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY   NOT FILED              .00            .00
CAPITAL ONE                UNSECURED     NOT FILED              .00            .00
CHARTER ONE BANK           UNSECURED     NOT FILED              .00            .00
COLLECTION                 UNSECURED     NOT FILED              .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED     NOT FILED              .00            .00
KCA FINANCIAL SERVICES     UNSECURED     NOT FILED              .00            .00
M3 FINANCIAL SERVICES IN   UNSECURED        508.00              .00            .00
PARK DANSEN                UNSECURED     NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED              .00            .00
SINAI HEALTH SYSTEM        UNSECURED     NOT FILED              .00            .00
STATE COLLECTION SERVICE   NOTICE ONLY   NOT FILED              .00            .00
UNITED COLLECTIONS         UNSECURED         40.00              .00            .00
VANRU CREDIT               UNSECURED     NOT FILED              .00            .00
VANRU CREDIT               UNSECURED     NOT FILED              .00            .00
VANRU CREDIT               UNSECURED     NOT FILED              .00            .00
GMAC MORTGAGE CORPORATIO   NOTICE ONLY   NOT FILED              .00            .00
LEGAL HELPERS PC           DEBTOR ATTY    1,759.00                        1,759.00
TOM VAUGHN                 TRUSTEE                                        2,214.43
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                34,245.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 10932 ANDRE D DONALDSON & CHRISTINE J DONALDSON

```
PRIORITY                                                             .00
SECURED                                                        28,648.00
    INTEREST                                                    1,623.57
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,759.00
TRUSTEE COMPENSATION                                            2,214.43
DEBTOR REFUND                                                        .00
                                     ---------------     ---------------
TOTALS                                     34,245.00           34,245.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```